G:\forms\johnson-psc.notice-removeK106977

FILED
LOGGED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MAR 1 6 2005

AT GREENBELT
CLERK DISTRICT COURT
MARYLAND

BDF 05 CV 0743

| | |
|---|---|
| KAREN JOHNSON<br>815 East Lake Avenue<br>Baltimore, Maryland 21212<br><br>        Plaintiff<br><br>v.<br><br>PROTAS, SPIVOK & COLLINS, LLC, et al.<br>4550 Montgomery Avenue<br>North Lobby Two, Suite 1125<br>Bethesda, Maryland 20814<br><br>        Defendants | Federal Civil Case No. _____<br>Circuit Court for Baltimore City<br>Civil No. <u>24-C-04-008796-OT</u> |

## NOTICE OF REMOVAL OF CIVIL ACTION

To the Honorable Judges of the United States District Court
for the District of Maryland:

    COMES NOW the Removing Parties, Protas, Spivok & Collins, LLC and Philip J. Collins, by their attorney's, Jordan M. Spivok, and Protas, Spivok & Collins, LLC and respectfully shows this Honorable Court:

    1. The above-entitled action is a civil suit for damages and within the original jurisdiction of this Court and may removed hereto pursuant to 28 U.S.C. §1441, in that:

    (a)    This action arises under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et. seq., the provisions of which are necessarily applicable and brought into operation by virtue of the Complaint filed in this proceeding.

    (b)    Plaintiff's action is brought to secure a money judgment as a result of an alleged violations of the Fair Debt Collection Practices Act, which has allegedly damaged the Plaintiff's credit.

    (c)    More specifically, Plaintiff alleges that Defendants violated the Fair Debt

Collection Practices Act by filing suit in the wrong county in Maryland, violated the act by failing to give the proper notice, further violated the Act by attempting to collect on a debt allegedly barred by the statute of limitations, and finally alleging unfair practices on the part of the Defendants.

(d) Since the above described actions arise under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et. seq., this Court would have original jurisdiction of the action without regard to the amount in controversy or diversity of citizenship pursuant to 15 U.S.C. §1681p; the action may therefore be removed hereto pursuant to 28 U.S.C. §1441(a).

2. The Removing Parties are the Defendants in the above-entitled action which was filed in the Circuit Court of Maryland for Baltimore City, Civil Action Number 24-C-04-008796-OT.

3. On February 22, 2005, a copy of the Summons and Complaint was delivered to the Defendants by certified mail and received by them on that date.

4. No further proceedings have been filed in the Circuit Court for Baltimore City, Maryland.

5. Defendants, Protas, Spivok & Collins, LLC, a Maryland professional limited liability company and Philip J. Collins, elect to remove the entire action to this Court pursuant to 28 U.S.C. §1441.

6. Copies of all state process, pleadings, or orders served on the Removing Parties are attached as Exhibit 1 to this Notice of Removal of Action.

7. This notice is timely under 28 U.S.C. §1446(b) because it was filed within thirty days after service of Summons and Complaint on the Defendants.

8. The Removing Parties desire to remove this action to Federal Court as provided

by law.

WHEREFORE, the premises considered, the Removing Parties prays that this Court remove this case from the Circuit Court of Maryland for Baltimore City to the United States District Court for the District of Maryland, Greenbelt Division.

Dated: March 15, 2005

Respectfully submitted,

PROTAS, SPIVOK & COLLINS, LLC

_____
Jordan M. Spivok, Esquire, Bar #01255
Attorney for Defendants
4550 Montgomery Avenue
North Lobby Two, Suite 1125
Bethesda, Maryland 20815
(301)469-3602; (301)469-3601 - fax

## CERTIFICATION OF FILING OF STATE COURT PAPERS

I HEREBY CERTIFY that true and legible copies of all process, pleadings, papers and orders which have been served upon the Petitioners, Protas, Spivok & Collins, LLC and Philip J. Collins, in the Circuit Court of Maryland for Baltimore City, are attached hereto.

_____
Jordan M. Spivok

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was mailed, postage pre-paid, to David W. Cohen, Esquire, attorney for Plaintiff, at his last known address of 1 North Charles Street, Suite 350, Blaustein Building, Baltimore, MD 21201 this 15th day of March, 2005.



_____
Jordan M. Spivok